UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN SLAGTER   APPELLANT

V.   CIVIL ACTION NO. 3:05CV628 DPJ-JCS

STONECRAFT, LLC   APPELLEE

ORDER

On May 18, 2007, this Court entered an order continuing the stay of this action. Appellant requested such stay due to the pending appeal of the related bankruptcy adversary proceeding (Civil Action No. 3:05cv560, Appeal No. 06-60798) to the Fifth Circuit Court of Appeals. In the Court's order, Appellant was directed to notify the Court as to the resolution of the Fifth Circuit appeal and advise the Court at that time whether or not he intends to pursue this appeal.

According to the docket of the Fifth Circuit, an opinion was entered on December 21, 2007, affirming the judgment of the district court, and the mandate was issued January 14, 2008. Over eighteen months have now passed, and Appellant has neither pursued the instant appeal nor advised the Court of his intent to do so. As such, the Clerk is directed to administratively close this case.

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2009.

         s/ *Daniel P. Jordan III*
         UNITED STATES DISTRICT JUDGE